DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEAN L. CESAR,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2605

[January 24, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 50-2012-CF-013421-AXXX-MB.

Jean L. Cesar, Lowell, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., DAMOORGIAN, and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***